# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 4:21CR00285-10-JM |
| | ) | |
| JUSTIN CORTEZ CROSS | ) | |
| | ) | |

## MOTION TO DISMISS

The United States of America, by and through its counsel Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Anne E. Gardner, Assistant United States Attorney, for its motion requests that the Indictment in the above matter be dismissed without prejudice as to Justin Cortez Cross.

WHEREFORE, the United States respectfully moves for the Court to enter an order of dismissal without prejudice as to the above named defendant.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: ANNE E. GARDNER
Assistant U.S. Attorney
Bar No. VA 41461
P.O. Box 1229
Little Rock, AR 72203
Anne.Gardner2@usdoj.gov
501-340-2600