# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                     NO. 4:21-cr-00285-JM-10

JUSTIN CORTEZ CROSS                                                              DEFENDANT

## ORDER

The government has filed a motion to dismiss indictment as to Justin Cortez Cross in this matter. The motion is GRANTED. Document No. 274. The indictment is hereby dismissed as to defendant Justin Cross. The motion to sever and motion to suppress are denied as moot. Document Nos. 214 and 215.

IT IS SO ORDERED this 7th day of February, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE